IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIE GASTER DAVIS, JR.
A.D.C. # 109028                                                                           PLAINTIFF

v.                              No. 4:12-cv-248-DPM

SKIPPY LEEK, Circuit Clerk, Desha
County, AR; SUE NEWBERY, Criminal
Justice Coordinator, Arkansas Supreme
Court; JAMES HANNAH, Chief Justice,
Arkansas Supreme Court; DONALD L.
CORBIN, Senior Associate Justice,
Arkansas Supreme Court; PAUL E.
DANIELSON, Associate Justice, Arkansas
Supreme Court; JIM GUNTER, Associate
Justice, Arkansas Supreme Court;
ROBERT L. BROWN, Associate Justice,
Arkansas Supreme Court; ELANA
WILLS, Associate Justice, Arkansas
Supreme Court; and JANE DOE                                                     DEFENDANTS

JUDGMENT

Davis's complaint, *Document No. 2*, is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 May 2012